NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LONNIE WAYNE GREER,                    )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D18-1666
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____ )

Opinion filed February 13, 2019.

Appeal from the Circuit Court for Charlotte
County; Donald Mason, Judge.

Howard L. Dimmig, II, Public Defender, and
Lisa Lott, Assistant Public Defender, Bartow,
for Appellant.

Ashley Brooke Moody, Attorney
General, Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


KELLY, BLACK, and SLEET JJ., Concur.